United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Jorling Esther Castro Castro, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2558 |
| | § | |
| Patrick Contreras[1], *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION

Before the Court is Respondents' Notice to the Court indicating that Petitioner Jorling Esther Castro Castro has been removed from the United States to Mexico. Doc. 9; *see also* Doc. 9-1 (Declaration of Deportation Officer).

Petitioner's removal renders the sole challenge in her Petition—her detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT.

The action shall be restored to the docket upon Petitioner's request and her demonstration that any aspect of the Petition has not been rendered moot by her removal.

A final judgment will be entered separately.

**SO ORDERED.**

SIGNED at Houston, Texas, on the 10th day of July, 2026.

Nicholas J. Ganjei
United States District Judge

---

[1] Petitioner named Bret Bradford in his official capacity as United States Immigration and Customs Enforcement and Removal Operations Field Office Director for the Houston area. *See* Doc. 1. Because Mr. Bradford ceased to hold office while this action remained pending, the Court substitutes his successor's name. Fed. R. Civ. P. 25(d).